UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :   MISDEMEANOR
                                      INFORMATION
        v.                        :
                                      08 Cr. ___
WENDY APONTE,                     :

              Defendant.          :

- - - - - - - - - - - - - - - - -x

## COUNT ONE

The United States Attorney charges:

From at least in or about September 2004, up to and including in or about October 2007, in the Southern District of New York and elsewhere, WENDY APONTE, the defendant, unlawfully, willfully and knowingly did embezzle, steal, purloin, and convert to her own use money, and things of value of the United States and a department and agency thereof, the value of which did not exceed $1,000, to wit, APONTE knowingly converted to her own use money from the United States Department of Housing and Urban Development to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 21 2008

                                  Michael J. Garcia
                                  MICHAEL J. GARCIA
                                  United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

WENDY APONTE,

Defendant.

MISDEMEANOR INFORMATION

08 Cr. ___

(Title 18, United States Code,
Section 641.)


                             MICHAEL J. GARCIA
                          United States Attorney.