

**ELLIOT H. FULD, ESQ.**
930 GRAND CONCOURSE, SUITE 1G
BRONX, NEW YORK 10451
PHONE: (718) 410-4111   FAX: (718) 410-4884
E-MAIL: EHFULD@AOL.COM

ADMITTED TO N.Y. & N.J. BAR

NEW JERSEY OFFICE
242 SUNSET AVENUE
ENGLEWOOD, NJ 07631

DELIVERED BY FEDERAL EXPRESS

August 18, 2008

Magistrate Judge Ronald L. Ellis
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-19-08

Re:   United States v. Wendy Aponte
      Docket No: 08 Crim 665

Dear Magistrate Judge Ellis:

This office represents Wendy Aponte who entered a guilty plea before you on August 6, 2008. She has been release pursuant to a personal recognizance bond with travel restricted to the Eastern and Southern Districts of New York..

Ms. Aponte, her husband and son would like to travel to Virginia for a brief vacation, leaving Thursday August 21, 2008 and returning Sunday evening on August 24, 2008.

I have spoken to Assistant United States Attorney Natalie Lamarque for the Government, and she takes no position and therefore does not oppose this request.

Thank you.

So Ordered
Ronald Ellis
8-19-08

Very truly yours,

ELLIOT H. FULD

cc:   AUSA Natalie Lamarque-by Fax
      212-637-2527